

Christopher T. Vrountas, Esq.
Direct Dial: 603-935-9789
Email: cvrountas@vaclegal.com

December 1, 2014

*BY CM/ECF Filing*

The Honorable Magistrate Judge Steven Locke
United States District Court, Eastern District
100 Federal Plaza
Central Islip, NY 11722

      **RE:**    **Carla v. Bertucci's Corporation**
                 **Re: 2:13-cv-04262-LDW-SIL**
                 **JOINT EMERGENCY REQUEST TO ADJOURN**

Dear Judge Locke:

       The parties jointly request today's Pretrial Conference be adjourned.  The parties appeared before this Court on November 14, 2014, for a Settlement Conference.  Although the case did not settle at that time, the Court instructed counsel for the parties to continue their work to resolve the matter by conferring again in the month of December and to schedule a follow up Settlement Conference after sufficient time for the parties to engage in another round of discussions.  The Court further instructed the parties, when selecting dates for the next Settlement Conference, to select times beginning in the morning so that the Court could devote more time to the case and to avoid the delays that occurred on November 14, 2014.  Since then, the parties have conferred and have scheduled times in the month of December to continue their work towards resolution, and they have selected dates in January to offer the Court for the follow up Scheduling Conference.

       Given the above history, counsel for the parties understood that the prior deadlines were suspended pending the next scheduled Settlement Conference, at which time the Court would set new deadlines in the event the parties could not settle the case.  Counsel learned today that the Court intends to proceed with the previously scheduled Pretrial Conference today notwithstanding the events of November 14, 2014.  Counsel for both parties apologize for what appears to have been their mutual misunderstanding of the Court's intent. Operating under their apparent misunderstanding, counsel for the parties did not plan to attend the Pretrial Conference that had previously been scheduled for today.  Accordingly, counsel for defendant is presently in New Hampshire while counsel for the plaintiff remains nearly an hour away from the Court.

250 Commercial Street
Suite 4004
Manchester, NH 0301
T: 603-782-8444
F: 603-518-7617

www.vaclegal.com

101 Federal Street
Suite 1900
Boston, MA 02110
T: 617-342-7340
F: 617-342-7080

The Honorable Magistrate Judge Steven Locke
December 1, 2014
Page 2 of 2


   WHEREFORE, the parties request that the Court adjourn the Pretrial Conference which had been previously scheduled for today.  The parties have selected several January dates for the next Settlement Conference and have agreed that January 7, 8, 14 and 16 would be agreeable dates for the Court to continue with the Settlement Conference.  As the Court suggested a morning start, the parties will be available for a morning start and for the rest of the day in the hopes to resolve the matter.


            Respectfully submitted,


            */s/ Christopher T. Vrountas*
            Christopher T. Vrountas


/ctv

cc: James M. Carman, Esq. (*by email* JCarman@Carmanlawteam.com)
   David A. Robins, Esq. (*by email* robins@lipmanplesur.com)
   Robert D. Lipman, Esq. (*by email* lipman@lipmanplesur.com)



250 Commercial Street
Suite 4004
Manchester, NH 03101
T: 603-782-8444
F: 603-518-7617

101 Federal Street
Suite 1900
Boston, MA 02110
T: 617-342-7340
F: 617-342-7080